# The Mercury
## Profit and Loss by Month
### January - December 2018

| | Jan 2018 | Feb 2018 | Mar 2018 | Apr 2018 | May 2018 | Jun 2018 | Jul 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Total Income | $ 265,394.66 | $ 256,832.93 | $ 283,465.39 | $ 249,638.04 | $ 267,161.64 | $ 233,043.59 | $ 254,030.54 | $ 248,256.91 | $ 218,111.29 | $ 230,067.81 | $ 219,605.41 | $ 286,739.04 | $ 3,012,347.25 |
| Total Cost of Goods Sold | $ 214,958.12 | $ 174,634.19 | $ 179,894.60 | $ 180,102.42 | $ 108,553.22 | $ 101,875.89 | $ 134,724.45 | $ 128,704.09 | $ 117,143.92 | $ 156,665.30 | $ 154,189.11 | $ 151,987.09 | $ 1,832,724.21 |
| Gross Profit | $ 50,436.54 | $ 82,198.74 | $ 103,570.79 | $ 69,535.62 | $ 158,608.42 | $ 131,167.70 | $ 119,306.09 | $ 119,552.82 | $ 100,967.37 | $ 73,402.51 | $ 65,416.30 | $ 134,751.95 | $ 1,179,923.04 |
| Total Expenses | $ 84,145.82 | $ 81,487.38 | $ 113,498.89 | $ 64,986.35 | $ 90,689.29 | $ 103,437.07 | $ 79,621.49 | $ 89,283.86 | $ 95,887.30 | $ 66,246.94 | $ 40,621.08 | $ 75,721.59 | $ 985,627.06 |
| Net Operating Income | -$ 33,709.28 | $ 711.36 | -$ 9,928.10 | $ 4,549.27 | $ 67,919.13 | $ 27,730.63 | $ 39,684.60 | $ 30,268.96 | $ 5,080.07 | $ 7,155.57 | $ 24,795.22 | $ 59,030.36 | $ 193,995.98 |
| Net Other Income | -$ 17,742.90 | -$ 7,473.37 | -$ 8,386.56 | -$ 6,655.89 | -$ 12,400.79 | -$ 1,561.18 | -$ 7,899.25 | -$ 6,987.59 | -$ 7,423.62 | -$ 9,961.83 | -$ 11,898.42 | -$ 10,156.45 | -$ 115,869.85 |
| Net Income | -$ 51,452.18 | -$ 6,762.01 | -$ 18,314.66 | -$ 2,106.62 | $ 55,518.34 | $ 10,444.36 | $ 31,785.35 | $ 23,281.37 | -$ 2,343.55 | -$ 2,806.26 | $ 12,896.80 | $ 48,873.91 | $ 78,126.13 |

Bar Americano Closes
7-Apr

Bankruptcy Covered in Media
12-Oct


## The Mercury
### Profit and Loss by Month
January - December 2018

| | Jan 2018 | Feb 2018 | Mar 2018 | Apr 2018 | May 2018 | Jun 2018 | Jul 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Total Income | $ 265,394.66 | $ 256,832.93 | $ 283,465.39 | $ 249,638.04 | $ 267,161.64 | $ 233,043.59 | $ 254,030.54 | $ 248,256.91 | $ 218,111.29 | $ 230,067.81 | $ 219,605.41 | $ 286,739.04 | $ 3,012,347.25 |
| Total Cost of Goods Sold | $ 214,958.12 | $ 174,634.19 | $ 179,894.60 | $ 180,102.42 | $ 108,553.22 | $ 131,167.70 | $ 134,724.45 | $ 128,704.09 | $ 117,143.92 | $ 156,665.30 | $ 154,189.11 | $ 151,987.09 | $ 1,832,724.21 |
| Gross Profit | $ 50,436.54 | $ 82,198.74 | $ 103,570.79 | $ 69,535.62 | $ 158,608.42 | $ 101,875.89 | $ 119,306.09 | $ 119,552.82 | $ 100,967.37 | $ 73,402.51 | $ 65,416.30 | $ 134,751.95 | $ 1,179,623.04 |
| Total Expenses | $ 84,145.82 | $ 81,487.38 | $ 113,498.89 | $ 64,986.35 | $ 90,689.29 | $ 103,437.07 | $ 79,621.49 | $ 89,283.86 | $ 95,887.30 | $ 66,246.94 | $ 40,621.08 | $ 75,721.59 | $ 985,627.06 |
| Operating Income | -$ 33,709.28 | $ 711.36 | -$ 9,928.10 | $ 4,549.27 | $ 67,919.13 | $ 1,561.18 | $ 39,684.60 | $ 30,268.96 | $ 5,080.07 | $ 7,155.57 | $ 24,795.22 | $ 59,030.36 | $ 193,995.98 |
| Other Income | -$ 17,742.90 | -$ 7,473.37 | -$ 8,386.56 | -$ 6,655.89 | -$ 12,400.79 | -$ 8,883.18 | -$ 7,899.25 | -$ 6,987.59 | -$ 7,423.62 | -$ 9,961.83 | -$ 11,898.42 | -$ 10,156.45 | -$ 115,869.85 |
| Net Income | -$ 51,452.18 | -$ 6,762.01 | -$ 18,314.66 | -$ 2,106.62 | $ 55,518.34 | -$ 10,444.36 | $ 31,785.35 | $ 23,281.37 | -$ 2,343.55 | -$ 2,806.26 | $ 12,896.80 | $ 48,873.91 | $ 78,128.13 |

Bar Americano Closes
7-Apr

Bankruptcy Covered in Media
12-Oct

| | January | February | March | April | May | June | July | August | September | October | November | December | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $ 260,191 | $ 242,998 | $ 270,697 | $ 220,223 | $ 288,535 | $ 251,687 | $ 274,353 | $ 268,117 | $ 235,560 | $ 248,473 | $ 237,174 | $ 309,678 | $ 3,107,687 |
| Total Cost of Goods Sold | $ 195,435 | $ 188,605 | $ 194,286 | $ 194,511 | $ 117,237 | $ 141,661 | $ 145,502 | $ 139,000 | $ 126,515 | $ 169,199 | $ 166,524 | $ 164,146 | $ 1,942,622 |
| General Admin | $ 84,146 | $ 81,487 | $ 82,100 | $ 64,986 | $ 101,689 | $ 103,437 | $ 79,621 | $ 89,284 | $ 95,887 | $ 66,247 | $ 40,621 | $ 75,722 | $ 965,228 |
| Total Expenses | $ 279,581 | $ 270,092 | $ 276,386 | $ 259,497 | $ 218,927 | $ 245,098 | $ 225,124 | $ 228,284 | $ 222,403 | $ 235,445 | $ 207,145 | $ 239,868 | $ 2,907,850 |
| NET | -$ 19,389 | -$ 27,094 | -$ 5,689 | -$ 39,274 | $ 69,608 | $ 6,589 | $ 49,229 | $ 39,833 | $ 13,157 | $ 13,028 | $ 30,029 | $ 69,811 | $ 199,837 |
| | 52k Legal fees | | | Spring Break Deep End Closed | 127k Rent Due | | | | | | | | |

2019

| January | February | March | April | May | June | July | August | September | October | November | December | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 281,006 | $ 262,438 | $ 292,353 | $ 237,841 | $ 311,617 | $ 271,822 | $ 296,301 | $ 289,567 | $ 254,405 | $ 268,351 | $ 256,148 | $ 334,452 | $ 3,356,302 |
| $ 211,070 | $ 203,693 | $ 209,829 | $ 191,020 | $ 126,616 | $ 152,994 | $ 157,143 | $ 150,120 | $ 136,637 | $ 182,734 | $ 179,846 | $ 177,278 | $ 2,078,980 |
| $ 84,146 | $ 81,487 | $ 82,100 | $ 64,986 | $ 90,689 | $ 103,437 | $ 79,621 | $ 89,284 | $ 95,887 | $ 66,247 | $ 40,621 | $ 75,722 | $ 954,228 |
| $ 295,215 | $ 285,181 | $ 291,929 | $ 256,006 | $ 217,306 | $ 256,431 | $ 236,764 | $ 239,404 | $ 232,524 | $ 248,981 | $ 220,467 | $ 252,999 | $ 3,033,209 |
| -$ 14,209 | -$ 22,743 | $ 424 | -$ 18,166 | $ 94,312 | $ 15,391 | $ 59,537 | $ 50,163 | $ 21,881 | $ 19,370 | $ 35,680 | $ 81,453 | $ 323,094 |