UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SOUTHEASTERN HOSPITALITY, LLC, | ) | CASE NO. 18-67291-PMB |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **S. Gregory Hays** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| **S. Gregory Hays** | **July 23, 2019, at 11:00 a.m.** |
|---|---|
| 2964 Peachtree Road, NW | Richard Russell Federal Building & U.S. Courthouse |
| Suite 555 | Third Floor, Room 366 |
| Atlanta, GA 30302 -2153 | 75 Ted Turner Drive, S.W. |
| Phone: (404) 926-0051 | Atlanta, GA 30303 |

Notice given by:        NANCY J. GARGULA
                        UNITED STATES TRUSTEE, REGION 21

                        *s/ Jeneane Treace*
                        R. Jeneane Treace
                        GA Bar No. 716620
                        United States Department of Justice
                        Office of the United States Trustee
                        362 Richard B. Russell Building
                        75 Ted Turner Drive, S.W.
                        Atlanta, Georgia 30303
                        (404) 331-4437
                        jeneane.treace@usdoj.gov