UNITED STATES BANKRUPTCY COURT

_____Northern_____ DISTRICT OF _____Georgia_____

_____Atlanta_____ DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | ____18-67291____ |
| __Southeastern Hospitality LLC__ | } | |
| | } | JUDGE_____ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM __05/01/2019__ TO __05/31/2019__

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

__24 Leslie St NE__

__Atlanta, GA 30307__

__(404) 695-0398__

_____

Attorney's Address
and Phone Number:

__Century Plaza I__

__2987 Clairmont Rd.__

__Suite 175__

__Atlanta, GA 30329__

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  5/1/19  AND ENDING  05/31/19

Name of Debtor:  Southeastern Hospitality LLC          Case Number  18-67291
Date of Petition:  10/12/2018

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 6,489.09  (a) | 20,762.00  (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 254,306.86 | 2,601,503.18 |
| Minus: Cash Refunds | (-) | -10,788.63 |
| Net Cash Sales | 254,306.86 | 2,590,714.55 |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 254,306.86 | 2,590714.55 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 260,795.95 | 2,611,479.55 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20__.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

TO BE AMENDED

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER RECEIPTS | _____ | _____ |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| TOTAL OTHER DISBURSEMENTS | _____ | _____ |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  Southeastern Hospitality LLC           Case Number:  18-67291

Reporting Period beginning  05/01/2019           Period ending  05/31/2019

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
|     PLUS: Current Month New Billings | | |
|     MINUS: Collection During the Month | $_____ | (b) |
|     PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Southeastern Hospitality LLC         Case Number: 18-67291

Reporting Period beginning 05/01/2019         Period ending 05/31/2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | ATTACHED | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $_____ | (a) |
| PLUS: New Indebtedness Incurred This Month | $_____ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $_____ | |
| PLUS/MINUS: Adjustments | $_____ | * |
| Ending Month Balance | $_____ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: ___Southeastern Hospitality LLC___    Case Number: ___18-67291___

Reporting Period beginning ___05/01/2019___    Period ending ___05/31/2019___

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:    $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month    $ _____(a)
        PLUS: Inventory Purchased During Month    $ _____
        MINUS: Inventory Used or Sold    $ _____
        PLUS/MINUS: Adjustments or Write-downs    $ _____*
    Inventory on Hand at End of Month    $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $ _____(a)(b)
    MINUS: Depreciation Expense    $ _____
    PLUS: New Purchases    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____*
Ending Monthly Balance    $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  Southeastern Hospitality LLC          Case Number:  18-67291

Reporting Period beginning  05/01/2019          Period ending  05/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Private Bank of Decatur          BRANCH:  Decatur

ACCOUNT NAME:  Southeastern Hospitality LLC          ACCOUNT NUMBER:  77704

PURPOSE OF ACCOUNT:  OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 1,653.80 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 1,653.80 **(a) |

*Debit cards are used by  Earl Cloud, Julian Goglia, Andrew Smith, John Fogleman

**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:   Southeastern Hospitality LLC          Case Number:   18-67291

Reporting Period beginning   05/01/2019          Period ending   05/31/2019

NAME OF BANK:   Private Bank of Decatur          BRANCH:   Decatur

ACCOUNT NAME:   Southeastern Hospitality LLC

ACCOUNT NUMBER:   . 7704

PURPOSE OF ACCOUNT:   OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | ATTACHED |     |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  Southeastern Hospitality LLC   Case Number:  18-67291

Reporting Period beginning  05/01/2019            Period ending  05/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____ PAYROLL _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _____ | |
| Plus Total Amount of Outstanding Deposits | $ _____ | |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ _____ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  Southeastern Hospitality LLC     Case Number:  18-67291

Reporting Period beginning  05/01/2019        Period ending 05/31/2019

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: ___Southeastern Hospitality LLC___    Case Number: __18-67291___

Reporting Period beginning __05/01/2019___    Period ending __05/31/2019___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-11

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:  Southeastern Hospitality LLC       Case Number:  18-67291

Reporting Period beginning  05/01/2019       Period ending  05/31/2019

NAME OF BANK: _____       BRANCH: _____

ACCOUNT NAME: _____       ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                             _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                 _____(a)
Sales & Use Taxes Paid                             _____(b)
Other Taxes Paid                                   _____(c)
TOTAL                                              _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                              _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                         $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $ _____(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:   Southeastern Hospitality LLC            Case Number:   18-67291

Reporting Period beginning   05/01/2019            Period ending   05/31/2019

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Southeastern Hospitality LLC    Case Number: 18-67291

Reporting Period beginning 05/01/2019    Period ending 05/31/2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Earl Cloud | Owner | Salary/insurance | |
| Julian Goglia | Officer | Salary/insurance | |
| Andrew Smith | Officer | Salary | |
| | | | |
| | | | |

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Aetna | 1.800.872.3862 | 81301084 | Health | 12/31/2019 | |
| The Guardian | 860.541.7846 | 0-00536968 | Dental | 12/31/2019 | |
| Employers | 888.682.6671 | 5800 | workers comp | | |
| Central | | 9928327 | general liability | 11/7/2019 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

```
                                           Date  5/31/19         Page    1
                                           Primary Account   @XXXXXXXXXX@7704

         Southeastern Hospitality LLC
         24 Leslie St NE
         Atlanta GA 30307
```

```
..............................ACCOUNT SUMMARY...............................
      ACCOUNT NUMBER TYPE OF ACCOUNT                  CURRENT BALANCE
@XXXXXXXXXX@7704   COMMERCIAL FLAT FEE CHECKING          1,653.80        80

.............................CHECKING ACCOUNT...............................

      ACCOUNT SUMMARY    Southeastern Hospitality LLC

COMMERCIAL FLAT FEE CHECKING           Number of Enclosures           80
Account Number        @XXXXXXXXXX@7704  Statement Dates   5/01/19 thru  6/02/19
Previous Balance          6,489.09     Days in the statement period     33
   55 Deposits/Credits  254,306.86     Average Ledger             6,370.13
  263 Checks/Debits     259,115.40     Average Collected          6,370.13
Service Charge               26.75
Interest Paid                  .00
Current Balance           1,653.80
```

|                             | Total For This Period | Total Year-to-Date |
|-----------------------------|-----------------------|--------------------|
| Insufficient funds item fees | $140.00               | $280.00            |
| Return item fees            | $35.00                | $35.00             |

```
Deposits and Additions
Date      Description                        Amount
5/01   POC fund   PAYCOR INC.                769.23
       CCD      6902970109482
5/01   BTOT DEP  BANKCARD 1237             5,277.21
       CCD      513331030151625
5/02   FintechEFT National Distrib           660.94
       CCD      47-3390646
5/02   Return Item Credit                  9,193.02
5/02   BTOT DEP  BANKCARD 1237            10,293.74
       CCD      513331030151625
5/02   Reverse OD Item Charge                35.00
5/03   BTOT DEP  BANKCARD 1237             6,014.06
       CCD      513331030151625
```

```
                                        Date  5/31/19           Page    2
                                        Primary Account  @XXXXXXXXXX@7704
```

```
COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Deposits and Additions
Date        Description                                    Amount
5/06        BTOT DEP    BANKCARD 1237                    6,822.75
            CCD         513331030151625
5/06        BTOT DEP    BANKCARD 1237                   10,110.11
            CCD         513331030151625
5/06        BTOT DEP    BANKCARD 1237                   15,622.34
            CCD         513331030151625
5/06        DDA/SAV DEPOSIT                              1,732.20
5/07        BTOT DEP    BANKCARD 1237                      113.83
            CCD         513331030151625
5/07        EDI PAYMNT  UBER USA                           137.16
            CCD         8P238BATB8QFCQ4
5/07        BTOT DEP    BANKCARD 1237                    8,907.49
            CCD         513331030151625
5/08        POC fund    PAYCOR INC.                           .55
            CCD         163965409100893
5/08        675 Ponce   POSTMATES INC.                     118.41
            CCD         ST-Y6D5W3I9I4N7
5/08        BILL PMT    Yiftee, Inc.                       575.00
            PPD         110277704
5/08        BTOT DEP    BANKCARD 1237                    6,759.76
            CCD         513331030151625
5/09        BTOT DEP    BANKCARD 1237                       16.43
            CCD         513331030151625
5/09        FintechEFT  Empire Distribut                   30.00
            CCD         47-3390646
5/09        BTOT DEP    BANKCARD 1237                    6,140.52
            CCD         513331030151625
5/10        BTOT DEP    BANKCARD 1237                    7,172.54
            CCD         513331030151625
5/13        BTOT DEP    BANKCARD 1237                       21.34
            CCD         513331030151625
5/13        BTOT DEP    BANKCARD 1237                       27.86
            CCD         513331030151625
5/13        BillngCRZ2  Paycor1147                         210.90
            CCD         client 99852
```

```
                                          Date  5/31/19          Page    3
                                          Primary Account   @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/13 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 8,612.40 |
| 5/13 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 10,289.28 |
| 5/13 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 22,326.07 |
| 5/14 | Trsf from PHG The Pinewood<br>Confirmation number  514190444 | 3,000.00 |
| 5/14 | EDI PAYMNT UBER USA<br>CCD       S783SIK45DX3OZZ | 74.95 |
| 5/14 | 675 Ponce  POSTMATES INC.<br>CCD       ST-S4C8A1W6P5N4 | 112.33 |
| 5/14 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 17,607.11 |
| 5/15 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 8,773.88 |
| 5/16 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 8,381.63 |
| 5/17 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 19.43 |
| 5/17 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 4,225.25 |
| 5/17 | return ach- stop pay | 2,124.58 |
| 5/20 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 1,314.55 |
| 5/20 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 7,841.96 |
| 5/20 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 12,760.50 |
| 5/21 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 3,996.25 |
| 5/22 | BTOT DEP   BANKCARD 1237<br>CCD       513331030151625 | 6,611.61 |
| 5/23 | FintechEFT National Distrib<br>CCD       47-3390646 | 48.62 |

```
                                              Date  5/31/19          Page    4
                                              Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/23 | BTOT DEP   BANKCARD 1237 | 5,112.24 |
|      | CCD        513331030151625 | |
| 5/24 | BTOT DEP   BANKCARD 1237 | 5,088.84 |
|      | CCD        513331030151625 | |
| 5/28 | BTOT DEP   BANKCARD 1237 | 15.59 |
|      | CCD        513331030151625 | |
| 5/28 | BTOT DEP   BANKCARD 1237 | 2,619.40 |
|      | CCD        513331030151625 | |
| 5/28 | BTOT DEP   BANKCARD 1237 | 3,519.47 |
|      | CCD        513331030151625 | |
| 5/28 | BTOT DEP   BANKCARD 1237 | 5,055.15 |
|      | CCD        513331030151625 | |
| 5/28 | BTOT DEP   BANKCARD 1237 | 6,929.77 |
|      | CCD        513331030151625 | |
| 5/29 | Trsf from PHG The Pinewood | 5,000.00 |
|      | Confirmation number  529190642 | |
| 5/30 | POC fund   PAYCOR INC. | 227.60 |
|      | CCD        65305851653983 | |
| 5/30 | BTOT DEP   BANKCARD 1237 | 1,935.83 |
|      | CCD        513331030151625 | |
| 5/30 | ATM Service Charge Reversal | 3.00 |
| 5/31 | BTOT DEP   BANKCARD 1237 | 3,917.18 |
|      | CCD        513331030151625 | |

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | DBT CRD 1209 04/30/19 10312107 | 65.72- |
|      | FACEBK NA3 | |
|      | 1601 Willow Road | |
|      | Menlo Park    CA C#9165 | |
| 5/01 | DBT CRD 0000 04/30/19 45508657 | 110.75- |
|      | SQU*SQ *TH | |
|      | 195 Ottley Drive N | |
|      | Atlanta        GA C#9215 | |
| 5/01 | DBT CRD 0000 04/30/19 08020514 | 293.62- |
|      | ROYAL FOOD | |

```
                                    Date  5/31/19           Page     5
                                    Primary Account  @XXXXXXXXXX@7704
```

```
COMMERCIAL FLAT FEE CHECKING          @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals
Date      Description                           Amount
          3720 ZIP INDUSTRIA
          TEL6786862234 GA C#9215
5/01      DBT CRD 0348 04/30/19 94345528         993.17-
          UNITED ENE
          919 S 7TH STREET S
          8002962203    ND C#9215
5/01      FintechEFT Savannah Distrib            79.99-
          CCD        47-3390646
5/01      FINTECHEFT Rive Gauche Wine            150.83-
          CCD        47-3390646
5/01      PaycorFees PAYCOR INC.                 231.35-
          CCD        183889803005469
5/01      FintechEFT Empire Distribut            562.06-
          CCD        47-3390646
5/01      SETTLEMENT Rewards Network             636.16-
          CCD        31360-024495172
5/01      FintechEFT National Distrib            660.94-
          CCD        47-3390646
5/01      MAY GP INS THE GUARDIAN                805.21-
          PPD        53696800CC10000
5/01      VENDOR PAY SYSCO ATLANTA             1,097.69-
          CCD        Cust #193425
5/01      CORP COLL  INLAND FRESH SEA          1,229.75-
          CCD        40187
5/01      Loan Pmt   ACE                       2,726.31-
          CCD        1630
5/02      DBT CRD 0352 05/01/19 11929626           3.70-
          POSTMATES
          201 3rd StSuite 20
          8778877815    CA C#9215
5/02      DBT CRD 2208 05/01/19 20422933           9.99-
          Spotify US
          45 W. 18th Street
          New York      NY C#9165
5/02      Insufficient Funds Item Fee            35.00-
```

```
Date  5/31/19          Page    6
Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/02 | DBT CRD 2134 05/01/19 06697037<br>FARMD, LLC<br>3423 Piedmont Rd.,<br>17705495122    GA C#9215 | 25.97- |
| 5/02 | DBT CRD 0000 05/01/19 01625581<br>TARGET<br>2400 N DRUID HLS R<br>ATLANTA        GA C#9629 | 32.40- |
| 5/02 | DBT CRD 2134 05/01/19 06643402<br>FARMD, LLC<br>3423 Piedmont Rd.,<br>17705495122    GA C#9215 | 128.00- |
| 5/02 | DBT CRD 0000 05/01/19 67822446<br>GOOGLE *GS<br>1600 Amphitheatre<br>cc google.com CA C#9165 | 155.13- |
| 5/02 | DBT CRD 0000 05/01/19 08021868<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 382.01- |
| 5/02 | MTOT DISC  BANKCARD 8076<br>CCD        554402000458083 | 37.95- |
| 5/02 | MERCH FEE  MERCHANT SERVICE<br>CCD        8032646575 | 77.49- |
| 5/02 | FintechEFT Savannah Distrib<br>CCD        47-3390646 | 109.63- |
| 5/02 | FINTECHEFT CHALKBOARD DISTR<br>CCD        47-3390646 | 148.12- |
| 5/02 | FINTECHEFT Avant Partir<br>CCD        47-3390646 | 200.64- |
| 5/02 | FINTECHEFT General Wholesal<br>CCD        47-3390646 | 215.80- |
| 5/02 | FintechEFT Georgia Crown Di<br>CCD        47-3390646 | 412.72- |
| 5/02 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 877.53- |

```
                                              Date  5/31/19          Page    7
                                              Primary Account  @XXXXXXXXXX@7704
```

```
COMMERCIAL FLAT FEE CHECKING         @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals
Date      Description                              Amount
5/02      FINTECHEFT UNITED DISTRIBUT              968.74-
          CCD        47-3390646
5/02      FINTECHEFT Quality Wine & S            1,171.08-
          CCD        47-3390646
5/02      MTOT DISC  BANKCARD 1237               7,524.16-
          CCD        513331030151625
5/02      AFA        AETNA AFA                   9,193.02-
          CCD        3955
5/02      Insufficient Funds Item Fee              175.00-
5/03      DBT CRD 2131 05/02/19 14187737            36.47-
          POSTMATES
          201 3rd StSuite 20
          8778877815    CA C#9215
5/03      DBT CRD 0000 05/01/19 01220047           416.00-
          MORNINGSTA
          725 PARK CENTER DR
          ATLANTA       GA C#9165
5/03      DBT CRD 1327 05/01/19 00000001           450.00-
          LAZ PARKIN
          675 PONCE DE LEON
          4049423910    GA C#9165
5/03      TGM Bread  GENERAL MUIR                  211.32-
          CCD        The Mercury
5/03      FintechEFT National Distrib              660.94-
          CCD        47-3390646
5/03      VENDOR PAY SYSCO ATLANTA               1,934.06-
          CCD        Cust #193425
5/06      DBT CRD 1711 05/03/19 002R60B6            24.87-
          AMAZON.COM
          AMAZON.COM
          SEATTLE       WA C#9629
5/06      DBT CRD 0000 05/03/19 00475934            86.02-
          STAPLES
          650 PONCE DE LEON
          ATLANTA       GA C#9629
```

```
                                          Date  5/31/19           Page    8
                                          Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/06 | DBT CRD 2128 05/04/19 37795880<br>GETBENTO.C<br>584 Broadway4th Fl<br>12127489156   NY C#9215 | 199.00- |
| 5/06 | DBT CRD 0000 05/03/19 08023943<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 520.01- |
| 5/06 | VENDOR PAY SYSCO ATLANTA<br>CCD          Cust #193425 | 66.19- |
| 5/06 | VENDOR PAY SYSCO ATLANTA<br>CCD          Cust #193425 | 712.14- |
| 5/06 | VENDOR PAY SYSCO ATLANTA<br>CCD          Cust #193425 | 785.39- |
| 5/06 | CORP COLL  INLAND FRESH SEA<br>CCD      40187 | 1,721.11- |
| 5/06 | VENDOR PAY SYSCO ATLANTA<br>CCD          Cust #193425 | 2,040.79- |
| 5/06 | CHECK      60058<br>513 CAPITAL | 300.00- |
| 5/07 | DBT CRD 0000 05/07/19 98830415<br>Intuit *Qu<br>2535 Garcia Ave<br>800-446-8848  CA C#9215 | 30.00- |
| 5/07 | DBT CRD 0000 05/06/19 00302278<br>PARK STREE<br>1000 BRICKELL AVEN<br>MIAMI        FL C#9215 | 376.98- |
| 5/07 | DBT CRD 0000 05/06/19 08026615<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 796.04- |
| 5/07 | ACH Debit  EMERALD CITY BAG<br>CCD      5218233300 | 48.00- |
| 5/07 | FintechEFT Savannah Distrib<br>CCD      47-3390646 | 269.28- |

```
                                     Date  5/31/19          Page    9
                                     Primary Account   @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 5/07 | POC fund   PAYCOR INC. | 2,304.31- |
|  | CCD        16063170218284O |  |
| 5/07 | tax fund   PAYCOR INC. | 8,118.71- |
|  | CCD        145832598676410 |  |
| 5/07 | DD - Fund  PAYCOR INC. | 23,200.16- |
|  | CCD        144110189362486 |  |
| 5/08 | DBT CRD 2126 05/07/19 61080081 | 31.17- |
|  | FARMD, LLC |  |
|  | 3423 Piedmont Rd., |  |
|  | 17705495122   GA C#9215 |  |
| 5/08 | DBT CRD 2126 05/07/19 61058040 | 83.12- |
|  | FARMD, LLC |  |
|  | 3423 Piedmont Rd., |  |
|  | 17705495122   GA C#9215 |  |
| 5/08 | DBT CRD 2126 05/07/19 60663581 | 110.83- |
|  | SEATED APP |  |
|  | 60 State St, Suite |  |
|  | 19034367738   MA C#9215 |  |
| 5/08 | DBT CRD 0000 05/08/19 20919434 | 164.00- |
|  | COZZINI BR |  |
|  | 350 Howard Ave |  |
|  | 224-220-8331  IL C#9215 |  |
| 5/08 | DBT CRD 2126 05/07/19 61058637 | 166.24- |
|  | FARMD, LLC |  |
|  | 3423 Piedmont Rd., |  |
|  | 17705495122   GA C#9215 |  |
| 5/08 | DBT CRD 0000 05/07/19 08027579 | 346.70- |
|  | ROYAL FOOD |  |
|  | 3720 ZIP INDUSTRIA |  |
|  | TEL6786862234 GA C#9215 |  |
| 5/08 | DBT CRD 0000 05/07/19 12895628 | 500.00- |
|  | GOOGLE *AD |  |
|  | 1600 Amphitheatre |  |
|  | cc google.com CA C#9165 |  |
| 5/08 | FINTECHEFT Rive Gauche Wine | 185.59- |
|  | CCD         47-3390646 |  |

```
                                        Date  5/31/19          Page    10
                                        Primary Account   @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING          @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/08 | CORP COLL  INLAND FRESH SEA<br>CCD        40187 | 376.85- |
| 5/08 | FintechEFT National Distrib<br>CCD        47-3390646 | 457.25- |
| 5/08 | FintechEFT Empire Distribut<br>CCD        47-3390646 | 646.02- |
| 5/08 | SETTLEMENT Rewards Network<br>CCD        31384-024509613 | 669.23- |
| 5/08 | PaycorFees PAYCOR INC.<br>CCD        204660540996764 | 856.23- |
| 5/08 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 1,121.33- |
| 5/09 | DBT CRD 0000 05/08/19 24182435<br>DECATUR AT<br>205 SWANTON WAY ST<br>404-378-4231  GA C#9629 | 14.70- |
| 5/09 | DBT CRD 0000 05/09/19 46978828<br>Intuit *Qu<br>2535 Garcia Ave<br>800-446-8848  CA C#9215 | 35.00- |
| 5/09 | DBT CRD 2132 05/08/19 69088662<br>WHENIWORK.<br>420 N. 5th Street,<br>651330482    MN C#9165 | 99.00- |
| 5/09 | DBT CRD 0000 05/08/19 08028762<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 294.00- |
| 5/09 | FintechEFT fintech.net<br>CCD        47-3390646 | 51.50- |
| 5/09 | FINTECHEFT ATLANTA BEVERAGE<br>CCD        47-3390646 | 215.75- |
| 5/09 | FintechEFT Georgia Crown Di<br>CCD        47-3390646 | 296.27- |
| 5/09 | FINTECHEFT Chalkboard Distr<br>CCD        47-3390646 | 530.24- |

```
                                              Date  5/31/19              Page    11
                                              Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING          @XXXXXXXXXX@7704    (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 5/09 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 645.40- |
| 5/09 | FINTECHEFT UNITED DISTRIBUT<br>CCD       47-3390646 | 1,042.70- |
| 5/09 | FintechEFT Quality Wine & S<br>CCD       47-3390646 | 1,946.09- |
| 5/09 | Telephone transfer debit to<br>Acct No. @XXXXXXXXXX@7696 D | 1,076.92- |
| 5/10 | DBT CRD 0000 05/09/19 08029972<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 382.12- |
| 5/10 | DBT CRD 1711 05/09/19 48645982<br>VENMO<br>117 BARROW STREET<br>8558124430    NY C#9215 | 412.00- |
| 5/10 | FintechEFT Savannah Distrib<br>CCD       47-3390646 | 692.17- |
| 5/10 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 1,525.30- |
| 5/10 | Xtr to B. Cloud per B. Cloud | 1,076.92- |
| 5/10 | Transf to Deep End LLC<br>Confirmation number   510190006 | 185.00- |
| 5/10 | CHECK     60059<br>513 CAPITAL | 300.00- |
| 5/13 | DBT CRD 0000 05/10/19 80598607<br>SQU*SQ *K<br>1000 L and P Parkw<br>Monroe       GA C#9215 | 195.00- |
| 5/13 | DBT CRD 0000 05/10/19 08030058<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#9215 | 345.88- |
| 5/13 | DBT CRD 1711 05/11/19 65830175<br>VENMO | 1,030.00- |

Date  5/31/19          Page    12
Primary Account   @XXXXXXXXXX@7704

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | 117 BARROW STREET | |
| | 8558124430    NY C#9215 | |
| 5/13 | BTOT ADJ   BANKCARD 1237 | 10.00- |
| | CCD        513331030151625 | |
| 5/13 | FINTECHEFT Quality Wine & S | 95.82- |
| | CCD        47-3390646 | |
| 5/13 | FintechEFT Avant Partir | 151.92- |
| | CCD        47-3390646 | |
| 5/13 | CORP COLL  INLAND FRESH SEA | 445.49- |
| | CCD        40187 | |
| 5/13 | VENDOR PAY SYSCO ATLANTA | 1,184.90- |
| | CCD        Cust #193425 | |
| 5/13 | VENDOR PAY SYSCO ATLANTA | 1,507.33- |
| | CCD        Cust #193425 | |
| 5/13 | VENDOR PAY SYSCO ATLANTA | 1,859.56- |
| | CCD        Cust #193425 | |
| 5/14 | TGM Bread  GENERAL MUIR | 300.54- |
| | CCD        The Mercury | |
| 5/14 | ECOLAB 010 Ecolab Inc. | 408.38- |
| | CCD        010532219-1944 | |
| 5/14 | POC fund   PAYCOR INC. | 1,739.30- |
| | CCD        274211319102701 | |
| 5/14 | AFA        AETNA APA | 9,193.02- |
| | CCD        3955 | |
| 5/14 | tax fund   PAYCOR INC. | 9,492.23- |
| | CCD        246233098312086 | |
| 5/14 | DD - Fund  PAYCOR INC. | 26,961.19- |
| | CCD        844800934656680 | |
| 5/15 | FintechEFT Avant Partir | 40.68- |
| | CCD        47-3390646 | |
| 5/15 | PaycorFees PAYCOR INC. | 231.90- |
| | CCD        71249569203174 | |
| 5/15 | FintechEFT Empire Distribut | 486.54- |
| | CCD        47-3390646 | |
| 5/15 | SETTLEMENT Rewards Network | 588.04- |
| | CCD        31407-024524029 | |

```
                                       Date  5/31/19           Page    13
                                       Primary Account   @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/15 | FintechEFT National Distrib<br>CCD        47-3390646 | 602.37- |
| 5/15 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 1,405.46- |
| 5/15 | CORP COLL  INLAND FRESH SEA<br>CCD      40187 | 1,649.30- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | Stop Payment Charge | 30.00- |
| 5/16 | DBT CRD 0000 05/15/19 08035815<br>ROYAL FOOD<br>3720 ZIP INDUSTRIA<br>TEL6786862234 GA C#2144 | 939.17- |
| 5/16 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 136.70- |
| 5/16 | FINTECHEFT Chalkboard Distr<br>CCD      47-3390646 | 289.47- |
| 5/16 | FintechEFT Georgia Crown Di<br>CCD      47-3390646 | 401.46- |
| 5/16 | VENDOR PAY SYSCO ATLANTA<br>CCD        Cust #193425 | 857.06- |
| 5/16 | FINTECHEFT United Distribut<br>CCD      47-3390646 | 864.35- |
| 5/16 | FINTECHEFT Quality Wine & S<br>CCD      47-3390646 | 1,407.83- |
| 5/16 | GPC EFT      GPC<br>PPD        0179680034ATL | 2,124.58- |
| 5/16 | VENDOR PMT Central Insuranc<br>PPD        #61288821 | 3,909.79- |
| 5/17 | DBT CRD 0000 05/16/19 10495804<br>BAYMONT IN | 76.10- |

```
                                    Date  5/31/19            Page    14
                                    Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING          @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | 136 TOWN CENTER BL | |
|      | EUFAULA        AL C#2144 | |
| 5/17 | FintechEFT Savannah Distrib | 340.36- |
|      | CCD        47-3390646 | |
| 5/17 | TGM Bread   GENERAL MUIR | 387.84- |
|      | CCD        The Mercury | |
| 5/17 | VENDOR PAY SYSCO ATLANTA | 517.79- |
|      | CCD        Cust #193425 | |
| 5/20 | DBT CRD 0000 05/17/19 46237632 | 33.12- |
|      | SQU*SQ *AL | |
|      | 34 McGee Drive | |
|      | Panama City B FL C#2144 | |
| 5/20 | VENDOR PAY SYSCO ATLANTA | 1,433.40- |
|      | CCD        Cust #193425 | |
| 5/21 | VENDOR PAY SYSCO ATLANTA | 64.20- |
|      | CCD        Cust #193425 | |
| 5/21 | FintechEFT Savannah Distrib | 219.00- |
|      | CCD        47-3390646 | |
| 5/21 | POC fund   PAYCOR INC. | 1,799.21- |
|      | CCD        168116822520854 | |
| 5/21 | tax fund   PAYCOR INC. | 6,526.12- |
|      | CCD        191984790620043 | |
| 5/21 | DD - Fund  PAYCOR INC. | 15,663.00- |
|      | CCD        254213990730098 | |
| 5/22 | DBT CRD 0000 05/21/19 08041491 | 290.42- |
|      | ROYAL FOOD | |
|      | 3720 ZIP INDUSTRIA | |
|      | TEL6786862234 GA C#2144 | |
| 5/22 | PaycorFees PAYCOR INC. | 155.16- |
|      | CCD        130357156449814 | |
| 5/22 | VENDOR PAY SYSCO ATLANTA | 194.41- |
|      | CCD        Cust #193425 | |
| 5/22 | CORP COLL  INLAND FRESH SEA | 218.27- |
|      | CCD        40187 | |
| 5/22 | FintechEFT National Distrib | 295.69- |
|      | CCD        47-3390646 | |

```
                                        Date  5/31/19           Page    15
                                        Primary Account  @XXXXXXXXXX@7704
```

```
COMMERCIAL FLAT FEE CHECKING          @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals
Date      Description                              Amount
5/22      FintechEFT Empire Distribut              364.44-
          CCD        47-3390646
5/22      Telephone transfer debit to            1,653.85-
          Acct No. @XXXXXXXXXX@7696 D
5/23      DBT CRD 0000 05/22/19 26170696           359.46-
          H &F BREAD
          1500 MARIETTA BLVD
          404-350-8877  GA C#2144
5/23      FintechEFT Georgia Crown Di              218.92-
          CCD        47-3390646
5/23      FINTECHEFT Savannah Distrib              370.93-
          CCD        47-3390646
5/23      FintechEFT Quality Wine & S              613.72-
          CCD        47-3390646
5/23      FintechEFT United Distribut              952.54-
          CCD        47-3390646
5/24      DBT CRD 0000 05/23/19 08043909           274.79-
          ROYAL FOOD
          3720 ZIP INDUSTRIA
          TEL6786862234 GA C#2144
5/24      ECOLAB 010 Ecolab Inc.                   128.94-
          CCD        010532219-372
5/24      ECOLAB 010 Ecolab Inc.                   130.63-
          CCD        010532219-373
5/24      ECOLAB 010 Ecolab Inc.                   142.64-
          CCD        010532219-374
5/28      DBT CRD 2024 05/27/19 77047576             9.99-
          DROPBOX*K8
          185 Berry Street
          DB.TT/CCHELP  CA C#2144
5/28      DBT CRD 0000 05/27/19 23046592           136.37-
          H &F BREAD
          1500 MARIETTA BLVD
          404-350-8877  GA C#2144
5/28      DBT CRD 1029 05/28/19 96421891           200.00-
          PAYPAL *PA
```

```
                                        Date  5/31/19          Page    16
                                        Primary Account  @XXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | 2211 North First S | |
| | San Jose      CA C#2144 | |
| 5/28 | DBT CRD 0000 05/24/19 08044910 | 239.96- |
| | ROYAL FOOD | |
| | 3720 ZIP INDUSTRIA | |
| | TEL6786862234 GA C#2144 | |
| 5/28 | CORP COLL  INLAND FRESH SEA | 277.96- |
| | CCD      40187 | |
| 5/28 | TGM Bread  GENERAL MUIR | 322.14- |
| | CCD        The Mercury | |
| 5/28 | 052819CASH UpServe, Inc. | 649.00- |
| | CCD      PYMT45677 | |
| 5/28 | CHECK      60060 | 300.00- |
| | 513 CAPITAL | |
| 5/28 | CHECK      60062 | 300.00- |
| | 513 CAPITAL | |
| 5/29 | DBT CRD 2127 05/28/19 61464775 | 199.00- |
| | GETBENTO.C | |
| | 584 Broadway4th Fl | |
| | 12127489156   NY C#2144 | |
| 5/29 | DBT CRD 0000 05/28/19 78906530 | 225.00- |
| | MAILCHIMP | |
| | 675 PONCE DE LEON | |
| | MAILCHIMP.COM GA C#2144 | |
| 5/29 | DBT CRD 0000 05/28/19 08048128 | 294.42- |
| | ROYAL FOOD | |
| | 3720 ZIP INDUSTRIA | |
| | TEL6786862234 GA C#2144 | |
| 5/29 | DBT CRD 2127 05/28/19 60499813 | 766.25- |
| | MYPORTER S | |
| | 605 Selig Drive SW | |
| | 8449767837    GA C#2144 | |
| 5/29 | FintechEFT National Distrib | 215.10- |
| | CCD      47-3390646 | |
| 5/29 | VENDOR PAY SYSCO ATLANTA | 484.10- |
| | CCD        Cust #193425 | |

```
Date  5/31/19          Page   17
Primary Account  @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/29 | VENDOR PAY SYSCO ATLANTA | 606.55- |
|      | CCD          Cust #193425 | |
| 5/29 | POC fund    PAYCOR INC. | 1,297.49- |
|      | CCD         308730153115620 | |
| 5/29 | tax fund    PAYCOR INC. | 4,708.18- |
|      | CCD         443191180892430 | |
| 5/29 | DD - Fund   PAYCOR INC. | 14,144.56- |
|      | CCD         139713009633688 | |
| 5/30 | ATM W/D 0321 05/30/19 00003281 | 803.00- |
|      | 1270 CAROL | |
|      | 1270 CAROLINE ST N | |
|      | ATLANTA        GA C#2144 | |
| 5/30 | FintechEFT Quality Wine & S | 26.99- |
|      | CCD         47-3390646 | |
| 5/30 | OPTICARD   MERCHANTWHS2 | 100.08- |
|      | CCD         EFT-Inv1026869 | |
| 5/30 | FINTECHEFT Chalkboard Distr | 148.90- |
|      | CCD         47-3390646 | |
| 5/30 | CORP COLL  INLAND FRESH SEA | 150.84- |
|      | CCD         40187 | |
| 5/30 | PaycorFees PAYCOR INC. | 171.05- |
|      | CCD         196718722230557 | |
| 5/30 | VENDOR PAY SYSCO ATLANTA | 262.34- |
|      | CCD          Cust #193425 | |
| 5/30 | FintechEFT Empire Distribut | 463.58- |
|      | CCD         47-3390646 | |
| 5/30 | CHECK    60063 | 300.00- |
|      | 513 CAPITAL | |
| 5/31 | TGM Bread  GENERAL MUIR | 55.80- |
|      | CCD          The Mercury | |
| 5/31 | FintechEFT Quality Wine & S | 113.64- |
|      | CCD         47-3390646 | |
| 5/31 | FintechEFT Savannah Distrib | 128.37- |
|      | CCD         47-3390646 | |
| 5/31 | FINTECHEFT UNITED DISTRIBUT | 386.56- |
|      | CCD         47-3390646 | |

```
                                               Date  5/31/19          Page   18
                                               Primary Account  @XXXXXXXXXX@7704




COMMERCIAL FLAT FEE CHECKING        @XXXXXXXXXX@7704   (Continued)

Checks and Withdrawals
Date       Description                        Amount
 5/31      Service Charge                     26.75-SC

Statement Code Summary
Code  Description
SC    Service Charge

                     --- CHECKS IN NUMBER ORDER ---
Date      Check No            Amount   Date   Check No                 Amount
5/13                       11,865.00   5/09    2484                    113.65
5/02       2439*             385.48    5/22    2485                    128.00
5/02       2442*              30.00    5/29    2486                    150.00
5/02       2448*              30.00    5/16    2487                     50.00
5/02       2455*              35.90    5/15    2488                     54.90
5/07       2459*              45.00    5/20    2489                    165.00
5/02       2462*             300.44    5/15    2490                    100.19
5/09       2464*              25.00    5/14    2491                    294.50
5/03       2465              98.00     5/15    2492                     94.74
5/07       2466             332.50     5/22    2493                     63.80
5/02       2467              83.78     5/20    2494                     54.00
5/06       2468             138.50     5/20    2496*                   404.63
5/06       2469             377.93     5/20    2497                    102.00
5/08       2470              57.50     5/28    2498                    240.00
5/07       2471             796.83     5/20    2499                    312.92
5/09       2472              54.00     5/23    2502*                 1,990.38
5/06       2473              83.90     5/23    2503                    256.18
5/06       2474             201.67     5/23    2504                    443.22
5/07       2475              50.00     5/30    2505                    295.54
5/08       2476             426.14     5/30    2507*                   521.33
5/06       2477              59.20     5/24    2508                    488.99
5/13       2478             188.00     5/24    2509                    362.72
5/13       2479             425.00     5/30    2511*                   341.91
5/09       2480             102.00     5/23    2513*                   461.30
5/30       2481             336.60     5/23    2514                    459.08
5/09       2482              50.00     5/24    2515                    429.36
5/09       2483              98.00     5/23    2516                    370.41
* Denotes missing check numbers
```

```
                                           Date  5/31/19           Page   19
                                           Primary Account   @XXXXXXXXXX@7704
```

COMMERCIAL FLAT FEE CHECKING      @XXXXXXXXXX@7704   (Continued)

### --- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 5/23 | 2517 | 397.53 | 5/28 | 2531 | 81.93 |
| 5/23 | 2518 | 420.21 | 5/31 | 2535* | 108.40 |
| 5/24 | 2519 | 467.11 | 5/31 | 2536 | 796.83 |
| 5/23 | 2520 | 256.27 | 5/31 | 2537 | 287.32 |
| 5/28 | 2521 | 520.10 | 5/31 | 2538 | 152.75 |
| 5/24 | 2522 | 405.05 | 5/31 | 2540* | 244.03 |
| 5/23 | 2523 | 395.69 | 5/31 | 2543* | 170.10 |
| 5/23 | 2524 | 360.19 | 5/06 | 60058* | -See above- |
| 5/23 | 2526* | 370.26 | 5/10 | 60059 | -See above- |
| 5/23 | 2527 | 1,234.27 | 5/28 | 60060 | -See above- |
| 5/24 | 2528 | 218.98 | 5/28 | 60062* | -See above- |
| 5/28 | 2529 | 308.46 | 5/30 | 60063 | -See above- |
| 5/30 | 2530 | 176.31 | | | |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 2,891.98 | 5/13 | 27,828.85 | 5/23 | 3,892.94 |
| 5/02 | 325.00 | 5/14 | 234.08 | 5/24 | 5,676.39 |
| 5/03 | 2,532.27 | 5/15 | 3,753.84 | 5/28 | 20,229.86 |
| 5/06 | 29,502.95 | 5/16 | 975.06 | 5/29 | 2,139.21 |
| 5/07 | 2,293.62 | 5/17 | 6,022.23 | 5/30 | 207.17 |
| 5/08 | 3,549.14 | 5/20 | 25,434.17 | 5/31 | 1,653.80 |
| 5/09 | 3,045.87 | 5/21 | 5,158.89 | | |
| 5/10 | 5,644.90 | 5/22 | 8,406.46 | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOUTHEASTERN HOSPITALITY, LLC | ) | |
| | ) | CASE NO: 18-67291-pmb |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Monthly Operating Report for the Period from May 1, 2019, through May 31, 2019,** was served via electronic mail to the following interested parties:

Thomas Wayne Dworschak
Office of the United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

This 2nd day of July 2019.

/s/ William A. Rountree
William A. Rountree
Georgia Bar No. 616503
Rountree, Leitman & Klein, LLC
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, GA 30329
404 584-1244
wrountree@randllaw.com

04037556-